**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FAUSTINO ADALLA URUJU,

Petitioner,

v.

I.N.S. DISTRICT DIRECTOR,
Immigration and Naturalization Service,

Respondent.

Civil No. 01-84 (JRT/AJB)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, who allegedly is being detained by the U.S. Immigration and Naturalization Service at the Minnesota Correctional Facility at Rush City, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he is being detained in violation of his rights under federal law and/or the Constitution.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true reason(s) for Petitioner's confinement and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and



FILED JAN 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. A certified copy of any court documents, administrative records, or other written materials that are germane to the issues raised in the petition.

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Dated: January 7th, 2001

Arthur J. Boylan
United States Magistrate Judge