UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-84 JRT/AJB

| | | |
|---|---|---|
| FAUSTINO ADALLA URUJU,<br><br>Petitioner,<br><br>v.<br><br>I.N.S. DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE,<br><br>Respondent. | ) | **O R D E R** |

This matter came before the Court on the Motion For Extension of Time by the Respondent, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Respondent has to respond to the petition is extended to and including March 14, 2001.

Dated: 1/31/01

ARTHUR J. BOYLAN
United States Magistrate Judge

JAN 31 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK