UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-84(JRT/ABJ)

| | | |
|---|---|---|
| FAUTINO ADAUA URUJU, Petitioner, | ) | |
| v. | ) | ORDER APPOINTING COUNSEL |
| INS DISTRICT DIRECTOR, Immigration and Naturalization Service, Denver Colorado, Respondent. | ) | |

The petitioner has requested habeas corpus relief from his detention by the Immigration and Naturalization Service. On June 28, 2001, the Supreme Court decided Zadvydas v. Davis, 121 S.Ct. ___ (2001) which may directly affect the power of the Immigration and Naturalization Service to continue to detain the petitioner. The Court finds that appointment of counsel is in the interests of justice pursuant to 18 U.S.C. § 3006A(a)(2)(B). Therefore,

IT IS HEREBY ORDERED that the Federal Public Defender's Office is appointed to represent Mr. Uruju in this present habeas corpus action.

Dated: July 30th, 2001

Honorable Arthur J. Boylan
United States Magistrate Judge

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____