UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

FAUSTINO ADALLA URUJU, Civil No. 01-84 JRT/AJB

Petitioner,

v. ORDER

I.N.S. DISTRICT DIRECTOR,
IMMIGRATION AND
NATURALIZATION SERVICE,

Respondent.

---

This matter came before the Court on the Motion for Extension of Time by the Respondent, and no hearing thereon being necessary,

IT IS HEREBY ORDERED that the time within which the Respondent has to file its memorandum regarding the effect Zadvydas may have on this case is extended, to and including August 24, 2001.

IT IS FURTHER ORDERED that Petitioner shall thereafter have until September 14, 2001, to reply to the Respondent's argument.

Dated: 7/30/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUL 30 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______