UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-84 JRT/AJB

| | | |
|---|---|---|
| FAUSTINO ADALLA URUJU,<br><br>Petitioner,<br><br>I.N.S. DISTRICT DIRECTOR,<br>IMMIGRATION AND<br>NATURALIZATION SERVICE,<br><br>Respondent. | ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation of Dismissal Without Prejudice, which Stipulation is incorporated herein by reference, it is hereby ORDERED as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that this action shall be and hereby is dismissed without prejudice as moot, each party to bear its own attorney's fees, costs, and disbursements herein.

Dated: Dec. 13, 2001

JOHN R. TUNHEIM
United States District Court Judge

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______